No. 242. SAMADJOPOULOS v. NATIONAL WESTERN LIFE INSURANCE Co. C. A. 1st Cir. Certiorari denied. [For earlier order herein, see, *ante*, p. 815.]

No. 276. PARIS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 738. CRAIG ET AL. v. OLIN MATHIESON CHEMICAL CORP. C. A. 7th Cir. Certiorari denied.

No. 739. B'NAI B'RITH, INC. v. JOFTES. C. A. D. C. Cir. Certiorari denied.

No. 742. TRANSAMERICAN FREIGHT LINES, INC. v. LOCUST CARTAGE CO., INC. C. A. 1st Cir. Certiorari denied.

No. 743. STEWART, TRUSTEE IN BANKRUPTCY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 746. LITTLE v. GREEN. C. A. 5th Cir. Certiorari denied.

No. 747. MARSHALL, ADMINISTRATOR v. HOLLYWOOD, INC., ET AL. Sup. Ct. Fla. Certiorari denied.

No. 748. BAKEWELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 750. BONANNO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 753. KRISEL v. PHILLIPS PETROLEUM CO. C. A. 2d Cir. Certiorari denied.